# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III, | |
| Plaintiff, | Civil Action No. 10 - 439 |
| v. | Chief Judge Gary L. Lancaster |
| | Magistrate Judge Lisa Pupo Lenihan |
| CATHERINE C. MCVAY, *Chairman (PABPP)*; MICHAEL L. GREEN, *PABPP Member*; JEFFREY R. IMBODEN, *PABPP Member*; ALLEN CASTOR, *PABPP Member*; BENJAMINE A. MARTINEZ, *PABPP Member*; MR. GERALD N. MASSARO, *PABPP Member*; CHARLES FOX, *PABPP Member*; LLOYD A. WHITE, *PABPP Member*; JUDY VIGLIONE, *PABPP Member*; GLORIA BURDA, *Parole Agent PABPP*; JEFFREY A. BEARD, PH.D., *Chief Executive PADOC*; JOHN S. SHAFFER, *Executive Deputy Secretary PADOC*; ABDREA PRIORI-MEINTEL, *Director for the Bureau of Inmate Services, PADOC*; JOHN KERESTES, *Facility Manager SCI Mahanoy, PADOC*; MICHAEL VUKSTA, *Unit Manager SCI Mahanoy, PADOC*; DAVID NEWBERRY, *Counselor SCI Mahanoy, PADOC*; TIMOTHY HORNING, *Unit Manager*; H. W. RENNINGER, *Counselor*; LISA DURAND, *Counselor* | |
| Defendants. | |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* (doc. no. 1) on April 2, 2010, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §

636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Magistrate Judge Lisa Pupo Lenihan filed a Report and Recommendation on May 21, 2010 (doc. no. 11), recommending that the Motion to Transfer Case on Venue Grounds filed by Defendant Catherine McVey (doc. no. 7) be granted. Plaintiff was served with the Report and Recommendation and advised that he had fourteen days within which to file objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 24 day of June, 2010;

**IT IS HEREBY ORDERED** that the Motion to Transfer Case on Venue Grounds filed by Defendant Catherine McVey (doc. no. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 11) of Magistrate Judge Lenihan dated May 21, 2010, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action be transferred **FORTHWITH** to the United States District Court for the Middle District under 28 U.S.C. § 1404(a).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: Daniel J. Goodson, III
GW - 1171
301 Morea Road
Frackville, PA 17932